# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HON. ANA IRMA RIVERA LASSEN, et al.,** Plaintiffs, v. **HON. JESSIKA D. PADILLA RIVERA, et al.,** Defendants. | **Civil No. 3:24-CV-01278 (ADC)** **Action for Declaratory and Injunctive Relief** |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on July 12, 2024, at docket 17.

Therefore, pursuant to the Court's Order, Judgment is hereby DISMISSING this case WITH PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 12TH day of July, 2024.

ADA I. GARCIA-RIVERA, ESQ., CPA
Clerk of the Court

By: *S/Glorimar Rivera*
Glorimar Rivera, Deputy Clerk